Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bruce Bennett, Sr., seeks to appeal the magistrate judge's order granting the Ap-pellees' motion to include a bankruptcy court order in the record on appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Bennett seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Bennett's motion to proceed on appeal in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**John A. LANE, MD, Facog,**
**Plaintiff—Appellant,**

v.

**Stephen J. WILSON, MD; Jock R. Wheeler, MD; Kris Lee Sperry, MD; Steven F. Gordon, MD, Defendants—Appellees.**

No. 05–2092.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2006.

Decided: Feb. 28, 2006.

John A. Lane, Appellant Pro Se. Ancil Glenn Ramey, Steptoe & Johnson, Charleston, West Virginia, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John A. Lane, appeals the district court's order adopting the magistrate judge's recommendation to grant the Appellants' motion to dismiss in this civil case. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lane v. Wilson, No. CA–04–1255–2 (S.D.W.Va. Aug. 26, 2005); see also Wilson v. Bernet, 218 W.Va. 628, 625 S.E.2d 706 (2005) (holding that adverse expert witnesses are entitled to immunity for their testimony and participation in civil proceedings). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*